AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
HARRISBURG, PA
MAR 12 2019
PER _____
DEPUTY CLERK

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

In Re: Silver and Black, Apple iPhone, Model: A1688, FCC ID: BCG-E2946A, currently located at 17 N. 2nd St., Harrisburg, Pennsylvania 17101

Case No. 1:19-mc-157

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT 'A'

located in the ____Middle____ District of ____Pennsylvania____, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT 'B'

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Person Prohibited from Possession of a Firearm |
| 18 U.S.C. § 922(a)(6) | Illegal Acquisition of Firearms |

The application is based on these facts:

I, Darrin A. Bates, Task Force Officer, with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

DARRIN A. BATES, TASK FORCE OFFICER
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3-12-19

*Judge's signature*

City and state: HARRISBURG, PENNSYLVANIA

MARTIN C. CARLSON, U.S. MAGISTRATE JUDGE
*Printed name and title*